**CERNER CORPORATION,**
**Plaintiff–Appellant,**

v.

**VISICU, INC., Defendant–**
**Cross Appellant.**

Nos. 2011–1209, 2011–1210.

United States Court of Appeals,
Federal Circuit.

March 15, 2012.

Bart A. Starr, Shook, Hardy & Bacon, L.L.P., of Kansas City, MO, argued for plaintiff-appellant. With him on the brief were B. Trent Webb, Jonathan N. Zerger and Ryan D. Dykal.

William K. West, Jr., Pillsbury Winthrop Shaw Pittman LLP, of Washington, DC, argued for defendant-cross appellant. Of counsel on the brief were Alan M. Grimaldi, Brian A. Rosenthal and Robert E. McBride, Mayer Brown, LLP, of Washington, DC.

LINN, DYK, and REYNA, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**